**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**SAMUEL ALFREDO BRAVO GARCIA**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **SAMUEL ALFREDO BRAVO GARCIA,** | No.   2:22-CV-01682-JDP |
| **Plaintiff,** | |
| | **STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| **v.** | |
| **Kilolo Kijakazi, ACTING COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to March 6, 2023.

This is a first extension. The main reason for this is that plaintiff's counsel sustained a broken wrist, will be undergoing surgery, and will be substantially hindered in his ability to type, as well as simply to shuffle papers. All work takes much longer.

[Pleading Title] - 1

Dated:  February 1, 2023                           /s/     *Jesse S. Kaplan*
                                                   JESSE S. KAPLAN
                                                   Attorney for Plaintiff


Dated:  February 1, 2023                            */s/ per e-mail authorization*

                                                   SUSAN D. SMITH
                                                   Special Assistant U.S. Attorney
                                                   Attorney for Defendant

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment is granted.  Plaintiff shall file his motion by no later than March 6, 2023.  Defendant's time to file a cross-motion is extended accordingly.

IT IS SO ORDERED.

Dated:  February 5, 2023                           _____
                                                   JEREMY D. PETERSON
                                                   UNITED STATES MAGISTRATE JUDGE