**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**SAMUEL ALFREDO BRAVO GARCIA**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-o0O0o-

| | |
|---|---|
| **SAMUEL ALFREDO BRAVO GARCIA,** | No.   2:22-CV-01682-JDP |
| Plaintiff, | |
| | **STIPULATION AND [proposed] ORDER FOR SECOND EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **Kilolo Kijakazi, ACTING COMMISSIONER OF SOCIAL SECURITY,** | |
| Defendant. | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to March 27, 2023.

This is a second extension, requested for the same reason as the first, but plaintiff's counsel expects to complete the motion within this additional time. Counsel sustained a broken wrist, underwent surgery, and has been substantially hindered in his ability to type and simply to shuffle

papers. For a week or more, counsel has been able to type with two hands, though this is somewhat limited by a bulky brace, wrist immobility, and the need not to overdo this. Counsel has been working on two reply briefs simultaneously, along with other work, has several other briefs that must be addressed, of which this is one, but is trying to catch up by working on more than one brief at a time. Because this is a second extension on the initial brief, this brief can be addressed and finished within this additional time.

Dated:   March 6, 2023  /s/   *Jesse S. Kaplan*
JESSE S. KAPLAN
Attorney for Plaintiff

Dated:  March 6, 2023   */s/ per e-mail authorization*
SUSAN L. SMITH
Special Assistant U.S. Attorney
Attorney for Defendant

## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment is granted.  Plaintiff is granted until March 27, 2023, to file his motion for summary judgment.  Defendant's time to file a cross-motion is extended accordingly.

IT IS SO ORDERED.

Dated:   March 7, 2023     _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

[Pleading Title] - 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28