PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
TIMOTHY A. RAZEL, NYSBN 4742573
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Tel.: (212) 264-0534
    Email: Timothy.Razel@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ALFREDO BRAVO GARCIA,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 2:22-cv-01682-JDP<br><br>STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from May 11, 2023, up to and including June 12, 2023. This is the Defendant's first request for an extension.

    Defendant requests this extension because she needs additional time to ensure that she can properly consider the record and Plaintiff's arguments and develop her response to Plaintiff's motion. Since Plaintiff filed his motion on March 27, 2023, the undersigned counsel for Defendant has had deadlines in six cases. Additionally, the undersigned counsel for Defendant had to take two days of leave in late April to attend to a family/medical matter.

1  The parties further stipulate that the Court's Scheduling Order shall be modified
2  accordingly.

3                                                                                 Respectfully submitted,

4  Dated:  May 5, 2023                       /s/  *Jesse S. Kaplan*
5                                           (*as authorized via e-mail on May 5, 2023)
                                         JESSE S. KAPLAN
6                                           Attorney for Plaintiff

7  Dated: May 5, 2023                     PHILLIP A. TALBERT
8                                           United States Attorney
                                         MATHEW W. PILE
9                                           Associate General Counsel
10                                          Social Security Administration

11                            By:     /s/  *Timothy A. Razel*
                                         TIMOTHY A. RAZEL
12                                          Special Assistant U.S. Attorney

13                                          Attorneys for Defendant

14

15                                        **[PROPOSED] ORDER**

16  Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an
17  extension, up to and including June 12, 2023, to respond to Plaintiff's Motion for Summary
18  Judgment.

19

20  IT IS SO ORDERED.

21

22  Dated:   May 8, 2023

23                                              JEREMY D. PETERSON
                                            UNITED STATES MAGISTRATE JUDGE

24
25
26
27
28